UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

THE STATE OF OREGON, by and through
OREGON 529 COLLEGE SAVINGS BOARD AND
THE OREGON STATES TREASURER on behalf of
the OREGON COLLEGE SAVINGS PLAN TRUST,

**Plaintiff,**

v.                                         Civil No. 09-6135-HO

OPPENHEIMERFUNDS, INC., a Colorado
corporation; OPPENHEIMERFUNDS
DISTRIBUTOR, INC., a New York corporation;
and OFI PRIVATE INVESTMENTS INC., a New York
corporation,

**Defendants**

# JUDGMENT

This action is remanded to the Circuit Court of Marion County for the State of Oregon.

Dated: August 14, 2009

MARY L. MORAN, Clerk

s/ S. Nogelmeier
by
S. Nogelmeier, Deputy Clerk

**JUDGMENT**                              **DOCUMENT NO:** _____